[No. 10913-5-III.   Division Three.   July 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCINE M. HALL, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 89-1-00174-5, Donald W. Schacht, J.,

entered June 18, 1990. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Sweeney, J.